IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02359-RPM

ANN WARNER,

    Plaintiff,

v.

AURORA PUBLIC SCHOOLS,

    Defendant.

_____

ORDER VACATING SCHEDULING/PLANNING CONFERENCE AND REFERRING
CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE
_____

Upon reassignment of this civil action and this Court's case management procedures, it is

ORDERED that the scheduling/planning conference set before Magistrate Judge Kristen L. Mix on January 6, 2015, is vacated. It is

FURTHER ORDERED that pursuant to the Joint Motion for Settlement Conference [9] filed November 21, 2014, this civil action is referred to United States Magistrate Judge Kristen L. Mix for the purpose of convening a settlement conference and such other procedures as the Magistrate Judge may deem appropriate for facilitating settlement of this case.

DATED:   November 24th, 2014

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior Judge