IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02359-RPM-KLM

ANN WARNER,

    Plaintiff,

v.

AURORA PUBLIC SCHOOLS,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion For Leave to Have Her Husband, Michael Warner, Attend the Settlement Conference** [#16][1] (the "Motion"). In the Motion, Plaintiff requests that her husband, a nonparty, be granted permission to attend the January 7, 2015 Settlement Conference scheduled in this case. *See generally Motion* [#16]. While the Motion is unopposed, the Court does not see a need to have a nonparty attend a confidential Settlement Conference in this circumstance. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#16] is **DENIED**.

    Dated: December 8, 2014

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.