IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02359-RPM-KLM

ANN WARNER,

    Plaintiff,

v.

AURORA PUBLIC SCHOOLS,

    Defendant.

_____

ORDER VACATING ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

There is a report of a settlement conference held without success. It is therefore

ORDERED that this Court's order referring this case to Magistrate Judge Kristen L. Mix for settlement [Doc. 12] is vacated.

DATED: March 18th, 2015

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge