IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02359-RPM-KLM

ANN WARNER,

    Plaintiff,

v.

AURORA PUBLIC SCHOOLS,

    Defendant.

_____

ORDER DENYING MOTION TO COMPEL
_____

Upon consideration of the Plaintiff's Motion to Compel, filed May 14, 2015, and the defendant's response, filed June 4, 2015, and because the facts of this case are in dispute and these factual disputes are the subject of trial and not subject to the plaintiff's discovery requests, it is

ORDERED that the motion to compel is denied.

DATED:   June 5th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge