IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02359-RPM

ANN WARNER,

    Plaintiff,

v.

AURORA PUBLIC SCHOOLS,

    Defendant.
_____

ORDER SETTING TRIAL DATE
_____

    Pursuant to the pretrial conference today, it is

    ORDERED that this matter is set for trial to jury on **April 18, 2016, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx

    DATED:   January 5th, 2016

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge