IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02359-RPM

ANN WARNER,

      Plaintiff,

v.

AURORA PUBLIC SCHOOLS,

      Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

      Due to a conflict in the Court's calendar, the April 14, 2016**,** trial preparation conference and the April 18, 2016, trial date are vacated.  The trial is **rescheduled for September 26, 2016, at 8:30 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:   April 14, 2016